111 A.3d 168

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Hassan AKBAR, Respondent.**

Supreme Court of Pennsylvania.

March 4, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of March, 2015, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case is **REMANDED** to the trial court for further proceedings consistent with *Commonwealth v. Fields,* 630 Pa. 625, 107 A.3d 738, 744 (2014) ("[W]e hold that Section 9714(a)(1) of the Sentencing Code, 42 Pa.C.S. § 9714(a)(1) requires that a second-strike offender be sentenced to the prescribed minimum term of incarceration for each conviction of a crime of violence that is part of the second strike."). Jurisdiction relinquished.

Respondent's Application for Post–Submission Communication is **DENIED.**